PROB 12A
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
October 25, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | Carl Edward Preston Jr | Case Number: | 4:09CR00014-003 |

Name of Sentencing Judge:   The Honorable David Hittner

Date of Original Sentence:   July 15, 2009

Original Offense:   Aggravated bank robbery and aiding and abetting in violation of 18 U.S.C. §§ 2113(a) and (d),2; Brandishing a firearm during a crime of violence, and aiding and abetting in violation of 18 U.S.C. §§ 924©(1)(A)(ii), 2.

Original Sentence:   155 months custody of the U.S. Bureau of Prisons, followed by a five (5) year term of supervised release.

Type of Supervision:   Supervised Release        Supervision Started:   January 23, 2021

---

### EARLIER COURT ACTION

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**     **Nature of Noncompliance**

1           **Law Violation: (Assault of Family Member-Impeding Breathing)**

According to a felony complaint filed on September 16, 2022, On or about August 27, 2022, in Harris County Texas, Carl Edward Preston did then and there unlawfully, intentionally and knowingly cause bodily injury to Tiffany Matthews, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, by impeding the normal breathing and circulation of the blood of the Complainant by applying pressure to the Complainant's neck.

RE:    Carl Edward Preston Jr                                                                                                    2
       Dkt. No. 4:09CR00014-003

Mr. Preston was charged under case number 17871800 in the 228th District Court in Harris County. He was arrested on September 20, 2022 and was granted a bond in the amount of $7500. He made bond and case was reset today for December 19, 2022.

## 2       Law Violation: (Aggravated Assault-Family Member)

According to a felony complaint filed on September 22, 2022, On or about September 2, 2022, in Harris County Texas, Carl Edward Preston did then and there unlawfully, intentionally and knowingly threaten Tiffany F. Matthews, hereafter styled the Complainant, a person with whom the Defendant had a dating relationship, with imminent bodily injury by using and exhibiting a deadly weapon, namely, a firearm.

Mr. Preston was charged under case number 17880440 in the 228th District Court in Harris County. He was arrested on September 20, 2022 and was granted a bond in the amount of $25,000. He made bond and case was reset today for December 19, 2022.

Mr. Preston stated theses charges were false charges made by his ex girlfriend who is disgruntled due to him moving on to a new companion.

### U.S. Probation Officer Action:

It is respectfully recommended the offender continue supervised release while awaiting disposition of the new cases. The Court will be kept informed of any further violations as well as the outcome of the new charges.

Approved:                                                       Respectfully submitted,

*Chrishele Powell*                             By:  *Sheri Hartwell*

Chrishele Powell, Supervising                     Sheri Hartwell
United States Probation Officer                   United States Probation Officer

Name of Offender: Carl Edward Preston Jr
Case Number: 4:09CR00014-003
Page Number: 3

[X] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

David Hittner
U. S. District Judge

10/25/22
Date